IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| MEYER LABORATORY, INC. ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 13-1144-CV-W-HFS |
| ) | |
| FRANK CONSTANTINO, et al. ) | |
| ) | |
| Defendants. ) | |

**ORDER**

Pursuant to plaintiff's request for a preliminary injunction, a hearing will be held on the matter on Tuesday, December 17, 2013, at 9:30 a.m., at the Charles Evans Whitaker Courthouse, 400 East 9th Street, courtroom 7B. Rescheduling may be considered by agreement of the parties or after any request for telephone conference.

Plaintiff shall transmit a copy of this order to best known address of defendants.

SO ORDERED

   /s/ Howard F. Sachs
HOWARD F. SACHS
UNITED STATES DISTRICT JUDGE

December 9 , 2013

Kansas City, Missouri